# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**                                Date: 5/6/2026      Time: 11:00 a.m.

Defendant: Kamran Guliyev (J)          J#: 61073-512      Case #: 26-mj-6251-PAB

AUSA: Brooke Latta                                      Attorney:

Violation:  MONEY LAUNDERING CONSPIRACY; FIREARMS TRAFFICKING

Proceeding: Initial Appearance/Rule 5                      CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:  $300,000 Secured Bond with (2) co-signers

Bond Set at:                                      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language:  English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

Defendant present and advised of rights and charges pending in the Eastern District of New York. **Court grants Government Ore Tenus Motion to Unseal Indictment**, Order signed.

Defendant advises the Court he will retain private counsel. **Court grants Defendants Ore Tenus Motion for Extension of Time to Retain Counsel.**

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:  5/7/2026 at 11:00am FTL DUTY

PTD/Bond Hearing:

Prelim/Arraign or **Removal**:  5/7/2026 at 11:00am FTL DUTY

Status Conference RE:

D.A.R.  11:31:28                                      Time in Court:  15 minutes

**CHECK IF APPLICABLE:** ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..